UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | NO. 3:18-CR-157-3-TWP-DCP |
| | ) | |
| **JOSEPH STANTON** | ) | |
| | ) | |

## ORDER

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation, recommending that the Court: (1) find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice; (2) grant Defendant's motion to withdraw his not guilty pleas to Count One and Count Three of the Indictment; (3) accept Defendant's plea of guilty to Count One of the Indictment, that is, of conspiracy to distribute and possess with intent to distribute one thousand (1,000) kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A); (4) accept Defendant's plea of guilty to Count Three of the Indictment, that is, of conspiracy to conduct and to attempt to conduct a financial transaction affecting interstate commerce and foreign commerce involving the proceeds of an illegal activity with the intent to promote the carrying on of specified unlawful activity, that is, the conspiracy to distribute one thousand (1,000) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 18 U.S.C. §§

1

1956(h), 1956(a)(1)(A)(i), and 1956(a)(1)(B)(i); (5) adjudicate Defendant guilty of the charges set forth in Count One and Count Three of the Indictment; and (6) find that Defendant shall remain in custody until sentencing in this matter [D. 165]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [D. 165] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) As set forth on the record, Defendant's plea hearing could not be further delayed without serious harm to the interests of justice;

(2) Defendant's motion to withdraw his not guilty plea to Count One and Count Three of the Indictment is **GRANTED**;

(3) Defendant's plea of guilty to Count One of the Indictment, that is, of conspiracy to distribute and possess with intent to distribute one thousand (1,000) kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A), is **ACCEPTED**;

(4) Defendant's plea of guilty to Count Three of the Indictment, that is, of conspiracy to conduct and to attempt to conduct a financial transaction affecting interstate commerce and foreign commerce involving the proceeds of an illegal activity with the intent to promote the carrying on of specified unlawful activity, that is, the conspiracy to distribute one thousand (1,000) kilograms or more of a mixture or substance containing a

2

detectable amount of marijuana, a Schedule I controlled substance, in violation of 18 U.S.C. §§ 1956(h), 1956(a)(1)(A)(i), and 1956(a)(1)(B)(i), is **ACCEPTED**;

(5) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One and Count Three of the Indictment;

(5) Defendant **SHALL REMAIN IN CUSTODY** until sentencing in this matter, which is scheduled to take place on **January 19, 2021 at 11:00 a.m. in Knoxville, Tennessee** before the Honorable Thomas W. Phillips, Senior United States District Judge.

IT IS SO ORDERED.

        */s/ THOMAS W. PHILLIPS*
SENIOR UNITED STATES DISTRICT JUDGE

2